# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Healthcare Hospitals,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Aetna U.S. Healthcare Incorporated, et al.,<br><br>　　　　Defendants. | No. CV-15-00366-PHX-DJH<br><br>**AGREED FINAL JUDGMENT** |

　　　　The Court having considered the matter and the contents of the parties' Stipulation of Dismissal with Prejudice (Doc. 56), finds and concludes that all of Plaintiff Scottsdale Healthcare Hospitals' ("Plaintiff") causes of action asserted in this lawsuit will be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

　　　　**IT IS HEREBY ORDERED** dismissing all causes of action asserted in this lawsuit, with prejudice, each party to bear its own attorneys' fees and costs.

　　　　**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this action.

　　　　Dated this 5th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge